```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            V.                    )    CRIMINAL ACTION
                                  )    NO. 04-10173-DPW
JEFFREY MARGOLIN                  )
```

### ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING AND ORDER TO REPORT TO PRETRIAL AND U.S. MARSHAL

WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing on **2:30 P.M. ON JUNE 21, 2004**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock. The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea.

It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

**IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL REPORT TO PRETRIAL SERVICES BY 9:00 A.M. FOR INTERVIEW TO ENABLE THE PREPARATION OF A PRETRIAL REPORT. THE DEFENDANT SHALL ALSO**

**REPORT TO THE UNITED STATES MARSHAL FOR PROCESSING <u>PRIOR</u> TO THE HEARING.**

```
                                          BY THE COURT,
                                          /s/ Rebecca Greenberg
                                          Deputy Clerk
DATE: June 4, 2004
```