UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 04 - 10173 - DPW |
| | ) |
| JEFFREY MARGOLIN | ) |

## WAIVER OF INDICTMENT

I, **JEFFREY MARGOLIN**, defendant in the above-captioned action, who is accused of two counts of filing false and fraudulent tax returns in violation of 26 U.S.C. § 7206(1), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____  6-3-04
JEFFREY MARGOLIN            DATE

_____  6-3-04
MARTIN K. LEPPO, ESQ.       DATE
Counsel for Jeffrey Margolin

Accepted in open court after

Douglas P. Woodlock, U.S.D.J.